UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYON TAU,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-3329 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this February 14, 2022 Minute Order, Defendants, the National Archives and Records Administration ("NARA"), the U.S. Department of Homeland Security ("DHS"), and the United States Department of Defense—more specifically its components U.S. Special Operations Command ("SOCOM"), U.S. Southern Command ("SOUTHCOM"), and U.S. Department of the Army ("Army"), and Plaintiff Bryon Tau, through respective counsel, hereby submits this Joint Status Report to address the status of Plaintiff's Freedom of Information Act ("FOIA") requests, including the anticipated number of documents responsive to these requests and the anticipated dates for release of the requested documents.

On December 21, 2021, Plaintiff filed his pending Complaint, which seeks the release of records responsive to eleven FOIA requests submitted between May 2020 and July 2021. *See* Compl., ECF No. 1. A status on each of these requests is as follows:

Four FOIA Requests to SOCOM

By email dated July 17, 2020, Plaintiff submitted four FOIA requests to SOCOM, which were assigned tracking numbers USSOCOM FOIA 2020-232 ("2020-232"), USSOCOM FOIA

2020-233 ("2020-233"), USSOCOM FOIA 2020-234 ("2020-234"), and USSOCOM FOIA 2020-235 ("2020-235"). SOCOM is still gathering information on the anticipated number of documents and pages it has gathered in response to each of these requests and, in the meantime, plans to begin producing, on a rolling basis, releasable portions of documents deemed responsive to the four FOIA requests by March 21, 2022.

### One FOIA Request to SOUTHCOM

Plaintiff submitted one FOIA request to SOUTHCOM dated July 6, 2020, which was assigned tracking number SC 20-055-S. SOUTHCOM has completed its search for documents responsive to this request and identified 41 documents totaling 302 pages. SOUTHCOM is reviewing these pages and expects to produce all releasable portions of these documents in approximately 90 days, or by June 1, 2022.

### Two FOIA Requests to Army

Plaintiff submitted two FOIA requests to Army dated July 10, 2020 and August 4, 2020, which were assigned tracking numbers FP-20-023698/FA-20-0022 ("20-0022") and FP-20-026095/FA-20-0031 ("20-0031"), respectively. Army has completed a search for documents potentially responsive to Request 20-0031 and identified 15 documents totaling 298 pages. Army submitted a document responsive to this request to the Under Secretary of Defense for Policy, a component of the Office of the Secretary of Defense, for consultation and has recently received the results of the consultation. Army does not yet have an estimated production date for Request 20-0031. With regards to Request 20-0022, Army denied this request in full. On August 4, 2020, Plaintiff appealed this denial. Army is in receipt of Plaintiff's appeal and has acknowledged receipt to Plaintiff and will process the appeal with the understanding that this matter is in litigation.

Two FOIA Requests to NARA

Plaintiff submitted two FOIA requests to NARA dated September 25, 2020 and July 24, 2021, which were assigned tracking numbers 2020-0078-F and 2021-0081-F, respectively.

NARA has completed its search for records potentially responsive to both requests. With regard to Request 2020-78-F, NARA has identified approximately 35 documents totaling approximately 28 pages. With regard to Request 2021-0081-F, NARA has identified approximately four (4) documents totaling approximately 50 pages. NARA anticipates that its initial review of these documents will be completed by the end of March. Because both requests, however, seek records from the Office of the Vice President, any responsive records are subject to the Presidential Records Act ("PRA") and its notification requirements. *See* 44 U.S.C. §§ 2201, *et seq.* Accordingly NARA must notify the current and former President of any release of documents in response to these requests and the current and former President will then have sixty (60) working days, with the option to request a one-time extension of an additional 30 working days, to review the release and determine if he would like to assert a constitutionally based privilege. *See* 44 U.S.C. § 2208.

Two FOIA Requests to DHS

Plaintiff submitted two requests to DHS dated May 22, 2020 and July 19, 2021, which were assigned tracking numbers 2020-HQFO-01186 ("Metadata Request") and 2021-HQFO-01309 ("Venntel Request"), respectively.

With regard to the Metadata Request, DHS's Office for Civil Rights and Civil Liberties ("CRCL") has completed its search for records and identified 467 pages of potentially responsive records.

DHS Headquarters has identified 12 potentially responsive pages in response to the Metadata request. DHS proposes deferring the processing of any records responsive to the Metadata request until DHS completes the search associated with the Venntel request. With regard to the Venntel Request, on March 7, 2022, DHS Headquarters, through undersigned counsel, forwarded to Plaintiff, through counsel, a proposed list of search terms and custodians to use for gathering records potentially responsive to the Venntel Request. DHS Headquarters has asked Plaintiff to review this search criteria and indicate whether Plaintiff is agreeable to the criteria and whether Plaintiff would like to negotiate additional criteria before DHS Headquarters runs a search for records.

*   *   *

The Parties respectfully suggest that they be allowed to file a further Joint Status Report in thirty days, by Wednesday, April 6, 2022 to further apprise the Court of their progress in this matter and, at that time, propose a schedule for further proceedings.

Date: March 7, 2022                                   Respectfully submitted,

| | |
|---|---|
| MATTHEW TOPIC<br>Loevy & Loevy<br>311 N. Aberdeen Street, Third Floor<br>Chicago, IL 60607<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Anna D. Walker<br>ANNA D. WALKER<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: (202) 252-2544<br>Anna.Walker@usdoj.gov<br><br>*Counsel for Defendants* |