UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYON TAU,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-3329 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's March 8, 2022 Minute Order, Defendants, the National Archives and Records Administration ("NARA"), the U.S. Department of Homeland Security ("DHS"), and the United States Department of Defense—more specifically its components U.S. Special Operations Command ("SOCOM"), U.S. Southern Command ("SOUTHCOM"), and U.S. Department of the Army ("Army"), and Plaintiff Bryon Tau, through respective counsel, hereby submits this Joint Status Report to address the status of Plaintiff's Freedom of Information Act ("FOIA") requests, including the anticipated number of documents responsive to these requests and the anticipated dates for release of the requested documents.

On December 21, 2021, Plaintiff filed his pending Complaint, which seeks the release of records responsive to eleven FOIA requests submitted between May 2020 and July 2021. *See* Compl., ECF No. 1. A status on each of these requests is as follows:

Four FOIA Requests to SOCOM

By email dated July 17, 2020, Plaintiff submitted four FOIA requests to SOCOM, which were assigned tracking numbers USSOCOM FOIA 2020-232 ("2020-232"), USSOCOM FOIA

2020-233 ("2020-233"), USSOCOM FOIA 2020-234 ("2020-234"), and USSOCOM FOIA 2020-235 ("2020-235"). SOCOM completed its review of 2020-235, sent an email to Plaintiff on March 30, 2022 with a no-records response, and then closed 2020-235 with no further action required. SOCOM informed Plaintiff that it is diligently working on requests 2020-232, 2020-233, and 2020-234, and will send responses to Plaintiff on a rolling basis as documents are processed and reviewed.

### One FOIA Request to SOUTHCOM

Plaintiff submitted one FOIA request to SOUTHCOM dated July 6, 2020, which was assigned tracking number SC 20-055-S. SOUTHCOM has completed its search for documents responsive to this request and identified 41 documents totaling 302 pages. SOUTHCOM continues to review these pages and still expects to produce all releasable portions of these documents by June 1, 2022.

### Two FOIA Requests to Army

Plaintiff submitted two FOIA requests to Army dated July 10, 2020 and August 4, 2020, which were assigned tracking numbers FP-20-023698/FA-20-0022 ("20-0022") and FP-20-026095/FA-20-0031 ("20-0031"), respectively. With regards to Request 20-0031, Army has completed a search for documents potentially responsive to Request 20-0031 and identified 15 documents totaling 298 pages. Army submitted a document responsive to this request to the Under Secretary of Defense for Policy, a component of the Office of the Secretary of Defense ("OSD"), for consultation and has recently received the results of the consultation. Army determined that additional consultation was required and resubmitted the information to OSD. Army does not yet have an estimated production date for Request 20-0031. With regards to Request 20-0022, Army denied this request in full. On August 4, 2020, Plaintiff appealed this denial. Army is in receipt of

Plaintiff's appeal and is currently reviewing it. Army anticipates issuing a final decision on Plaintiff's appeal by April 15, 2022.

### Two FOIA Requests to NARA

Plaintiff submitted two FOIA requests to NARA dated September 25, 2020 and July 24, 2021, which were assigned tracking numbers 2020-0078-F and 2021-0081-F, respectively.

NARA has completed its search and processing for records potentially responsive to both requests. With regard to Request 2020-78-F, NARA identified approximately 37 electronic records and approximately 29 pages of paper records. With regard to Request 2021-0081-F, NARA identified approximately four (4) electronic records and approximately 105 pages of paper records. Because both requests seek records from the Office of the Vice President, any responsive records are subject to the Presidential Records Act ("PRA") and its notification requirements. *See* 44 U.S.C. §§ 2201, *et seq.* Accordingly, NARA must notify the current and former President as well as the former Vice President of any release of documents in response to these requests, and the current and former President will then have sixty (60) working days, with the option to request a one-time extension of an additional 30 working days, to review the release and determine if he would like to assert a constitutionally-based privilege. *See* 44 U.S.C. § 2208(b)-(d). The required notifications were sent to the respective representatives on April 4, 2022. *See* https://www.archives.gov/files/foia/pra-notifications/pdf/cheney/rn-larbc-2022-047.pdf.

### Two FOIA Requests to DHS

Plaintiff submitted two requests to DHS dated May 22, 2020 and July 19, 2021, which were assigned tracking numbers 2020-HQFO-01186 ("Metadata Request") and 2021-HQFO-01309 ("Venntel Request"), respectively.

With regard to the Metadata Request, DHS's Office for Civil Rights and Civil Liberties ("CRCL") has completed its search for records and identified 467 pages of potentially responsive records. As of today, April 6, 2022, CRCL has processed all 467 pages of potentially responsive records of which six pages are being released in full and eight pages are being partially withheld. Further, 33 pages were referred to DHS Immigration & Customs Enforcement, 98 pages were referred to the DHS Intelligence and Analysis Office, and 322 pages were referred to the DHS Privacy Office.

DHS Headquarters has identified 12 potentially responsive pages in response to the Metadata request. DHS proposes deferring the processing of any records responsive to the Metadata request until DHS completes the search associated with the Venntel request. With regard to the Venntel Request, on March 7, 2022, DHS Headquarters, through undersigned counsel, forwarded to Plaintiff's counsel a proposed list of search terms and custodians to use for gathering records potentially responsive to the Venntel Request. DHS Headquarters has asked Plaintiff to review these search criteria and indicate whether Plaintiff is agreeable to the criteria and whether Plaintiff would like to negotiate additional criteria before DHS Headquarters runs a search for records. On March 31, 2022, undersigned counsel followed-up with Plaintiff's counsel regarding this request and is awaiting Plaintiff's counsel's response.

\* \* \*

The parties respectfully request that they be allowed to file a further Joint Status Report in thirty days, *i.e.*, by Friday, May 6, 2022, to further apprise the Court of their progress in this matter.

Date: April 6, 2022                                   Respectfully submitted,

*/s/ Josh Loevy*                                      MATTHEW M. GRAVES, D.C. Bar. #481052
Josh Loevy                                            United States Attorney
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor                        BRIAN P. HUDAK
Chicago, IL 60607                                     Acting Chief, Civil Division
312-243-5900
joshl@loevy.com                                       By:   /s/ Anna D. Walker
                                                      ANNA D. WALKER
*/s/ Matthew V. Topic*                                Assistant United States Attorney
Matthew Topic (D.C. Bar No IL 0037)                   555 4th Street, N.W.
Merrick Wayne (D.C. Bar No IL 0058)                   Washington, District of Columbia 20530
Shelley Geiszler (D.C. Bar No IL0087)                 Telephone: (202) 252-2544
LOEVY & LOEVY                                         Anna.Walker@usdoj.gov
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607                                     *Counsel for Defendants*
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*