UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON TAU,<br><br>             *Plaintiff*,<br><br>                    v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>             *Defendants*. | Civil Action No. 21-3329 (DLF) |

### JOINT STATUS REPORT

Pursuant to this Court's September 6, 2022 Minute Order, Defendants, the National Archives and Records Administration ("NARA"), the U.S. Department of Homeland Security ("DHS"), and the United States Department of Defense—more specifically its components U.S. Special Operations Command ("USSOCOM"), U.S. Southern Command ("USSOUTHCOM"), and U.S. Department of the Army ("Army") —and Plaintiff Byron Tau, through respective counsel, hereby submit this Joint Status Report to address the status of Plaintiff's Freedom of Information Act ("FOIA") requests, including the anticipated number of documents responsive to these requests and the anticipated dates for release of the requested documents.

On December 21, 2021, Plaintiff filed his pending Complaint, which seeks the release of records responsive to eleven FOIA requests submitted between May 2020 and July 2021. *See* Compl., ECF No. 1. A status on each of these requests is as follows:

Four FOIA Requests to USSOCOM

By email dated July 17, 2020, Plaintiff submitted four FOIA requests to SOCOM, which were assigned tracking numbers USSOCOM FOIA 2020-232 ("2020-232"), USSOCOM FOIA 2020-233 ("2020-233"), USSOCOM FOIA 2020-234 ("2020-234"), and USSOCOM FOIA 2020-

235 ("2020-235"). As previously reported, USSOCOM has closed 2020-235 after sending Plaintiff a no-records response on March 30, 2022. USSOCOM has now also closed 2020-233 after sending Plaintiff responsive redacted records on August 18, 2022. USSOCOM has now also closed 2020-234 after sending Plaintiff responsive redacted records on September 14, 2022. USSOCOM has processed portions of 2020-232 and will coordinate with the Department of Defense and send responses to Plaintiff on a rolling basis as documents are processed and reviewed. USSOCOM endeavors to make its first production for 2020-232 on December 1, 2022.

One FOIA Request to USSOUTHCOM

As reported previously, USSOUTHCOM completed its search for documents responsive to this request and identified 41 documents plus an additional six duplicates totaling 302 pages. Additionally, USSOUTHCOM sought consultation from USSOCOM for the 41 documents and six duplicates totaling 302 pages. USSOCOM has provided a response to USSOUTHCOM and identified an additional 7 documents totaling 146 pages with a total of 138 responsive pages. USSOUTHCOM has completed its review of its 41 documents and six duplicates totaling 302 pages and has identified a total of 140 responsive pages. USSOUTHCOM sent the complete production of responsive documents for review to the Office of Secretary of Defense, Office of General Counsel (OGC) as part of the FOIA/Litigation Coordination, Department Level Interest (FLC-DLI) process. Due to the FLC-DLI review, USSOUTHCOM anticipates producing all releasable portions of the total 278 responsive pages on approximately December 1, 2022.

Two FOIA Requests to Army

As previously reported, Army has completed a search for documents potentially responsive to Request 20-0031 and identified 15 documents totaling 298 pages. Army sent a document responsive to the request to the Under Secretary of Defense for Policy, a component of the Office

of the Secretary of Defense, for consultation. The Under Secretary of Defense for Policy's Office determined that this entire document is exempt from release. Request 20-0022 was also submitted to the Office of the Secretary of Defense for consultation, and 13 documents totaling 432 pages have been identified for release. Army produced these 13 documents to Plaintiff on September 22, 2022.

Two FOIA Requests to NARA

As previously reported, NARA did not receive any timely objections from the current or former President, or the former Vice President, regarding the potential release of documents in response to Plaintiff's FOIA requests. On July 5, 2022, NARA made a public release of the documents on its website, https://www.archives.gov/research/vice-presidential-records/research.html. After NARA made the public release of documents on its webpage, NARA sent Plaintiff a letter, notifying him that his FOIA request is now closed.

Two FOIA Requests to DHS

As reported previously, DHS Headquarters has identified 12 potentially responsive pages in response to Plaintiff's Metadata request. DHS Headquarters has also identified 3,284 potentially responsive pages in response to Plaintiff's Venntel request after conducting an electronic search using the parties' agreed-upon search terms and custodians.

DHS Headquarters is processing these documents responsive to Plaintiff's Metadata and Venntel requests at a rate of approximately 400 pages per month. DHS Headquarters made its first interim response on September 7, 2022.  For its first response, DHS Headquarters reviewed 488 pages, of which 40 pages were released in full and 274 pages were withheld in full pursuant to FOIA Exemption (b)(3), and by statute 49 U.S.C. § 114(r), and pursuant to FOIA Exemption (b)(5).  In addition, 25 pages were withheld in part pursuant to FOIA Exemptions (b)(5) and

(b)(6).  DHS Headquarters also identified 38 pages that require consultations with other agencies and 111 pages were deemed non-responsive.  On September 30, 2022, DHS Headquarters made a second interim response.  For its second response, DHS Headquarters reviewed 416 pages, of which 3 pages were released in full and 283 pages were withheld in full pursuant to FOIA Exemptions (b)(5) and (b)(7)(e).  In addition, 7 pages were withheld in part pursuant to FOIA Exemptions (b)(5) and (b)(6).  DHS Headquarters also identified 12 pages that require consultations with other agencies and 111 pages were deemed non-responsive or duplicates.  DHS Headquarters is on track to make the next interim production by November 7, 2022.

*   *   *

The parties respectfully request that they be allowed to file a further Joint Status Report in approximately sixty-three days, or by January 6, 2022, to further apprise the Court of their progress in this matter.

Date: November 4, 2022                             Respectfully submitted,

*/s/ Josh Loevy*                                   MATTHEW M. GRAVES, D.C. Bar. #481052
Josh Loevy (D.C. Bar No IL 0105)                   United States Attorney
Matthew Topic (D.C. Bar No IL 0037)
Merrick Wayne (D.C. Bar No IL 0058)                BRIAN P. HUDAK
Shelley Geiszler (D.C. Bar No IL0087)              Chief, Civil Division
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor                     By:      */s/ Anna D. Walker*
Chicago, IL 60607                                  ANNA D. WALKER
312-243-5900                                       Assistant United States Attorney
joshl@loevy.com                                    601 D Street, N.W.
                                                   Washington, District of Columbia 20530
*Counsel for Plaintiff*                            Telephone: (202) 252-2544
                                                   anna.walker@usdoj.gov

                                                   *Counsel for Defendants*