UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON TAU,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

    *Defendants*.

Civil Action No. 21-3329 (DLF)

## **JOINT STATUS REPORT**

Pursuant to this Court's May 12, 2025 Minute Order, Defendants, the National Archives and Records Administration ("NARA"), the U.S. Department of Homeland Security ("DHS"), and the United States Department of Defense—more specifically its components U.S. Special Operations Command ("USSOCOM"), U.S. Southern Command ("USSOUTHCOM"), and U.S. Department of the Army ("Army")—and Plaintiff Byron Tau, through respective counsel, hereby submit this Joint Status Report to address the status of Plaintiff's Freedom of Information Act ("FOIA") requests.

On December 21, 2021, Plaintiff filed his pending Complaint, which seeks the release of records responsive to eleven separate FOIA requests submitted between May 2020 and July 2021. *See* Compl., ECF No. 1. As the parties reported in the last Joint Status Report, all Defendants have now completed processing Plaintiff's requests. *See* Jt. Status Rep., ECF No. 37.

Now that all Defendants have completed their processing, Plaintiff reviewed Defendants' responses to Plaintiff's FOIA requests and on March 12, 2025, provided a list of issues and objections regarding these responses, which Defendants are in the process of reviewing and answering. Plaintiff requested that Defendant provide a draft *Vaughn* index, which Defendant

anticipates it will be able to provide within the next month, or by approximately August 11, 2025. After that, Plaintiff will need time to review the draft *Vaughn* index to determine if Plaintiff has any remaining issues in this case so that the parties can then confer on those remaining issues. In light of the foregoing, the parties respectfully request that they be allowed to file a further Joint Status Report in approximately sixty days, or by September 9, 2025, to further apprise the Court of their progress in this matter. This schedule also accounts for undersigned counsel for Defendants' trial schedule in August, and therefore, allows the parties sufficient time to confer on any remaining issues in this case after undersigned counsel for Defendants anticipates completing trial on August 22, 2025 and before the parties' next proposed deadline to file a further joint status report on September 9, 2025.

Date: July 11, 2025                                              Respectfully submitted,

*/s/ Merrick Wayne*                                              JEANINE FERRIS PIRRO
Matthew Topic, D.C. Bar No IL 0037                               United States Attorney
Merrick Wayne, D.C. Bar No IL 0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY                                                    By:    */s/ Anna D. Walker*
311 N. Aberdeen St., 3rd Floor                                   ANNA D. WALKER
Chicago, IL 60607                                                Assistant United States Attorney
312-243-5900                                                     601 D Street, N.W.
foia@loevy.com                                                   Washington, District of Columbia 20530
                                                                 Telephone: (202) 252-2544
*Counsel for Plaintiff*                                          Anna.Walker@usdoj.gov

                                                                 *Counsel for the United States*