UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON TAU,

       *Plaintiff*,

       v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

       *Defendants*.

Civil Action No. 21-3329 (DLF)

## JOINT STATUS REPORT

Pursuant to this Court's July 11, 2025 Minute Order, Defendants, the National Archives and Records Administration ("NARA"), the U.S. Department of Homeland Security ("DHS"), and the United States Department of Defense—more specifically its components U.S. Special Operations Command ("USSOCOM"), U.S. Southern Command ("USSOUTHCOM"), and U.S. Department of the Army ("Army")—and Plaintiff Byron Tau, through respective counsel, hereby submit this Joint Status Report to address the status of Plaintiff's Freedom of Information Act ("FOIA") requests.

On December 21, 2021, Plaintiff filed his pending Complaint, which seeks the release of records responsive to eleven separate FOIA requests submitted between May 2020 and July 2021. *See* Compl., ECF No. 1. As the parties reported in the last Joint Status Report, all Defendants have now completed processing Plaintiff's requests. *See* Jt. Status Rep., ECF No. 37.

Plaintiff reviewed Defendants' responses to Plaintiff's FOIA requests and on March 12, 2025, provided a list of issues and objections regarding DHS's responses, and requested Defendants provide a draft *Vaughn* Index. DHS agreed to prepare a draft *Vaughn* Index addressing Plaintiff's complete list of issues and objections and provided Plaintiff with that draft *Vaugh* Index

today. DHS reports that it endeavored to make this release last month, but needed additional time to confer internally on several redactions included in the draft *Vaughn* Index that DHS has now decided to remove. Accordingly, DHS will begin making re-releases of any materials containing reductions that DHS has decided to remove and as indicated on the draft *Vaughn* Index. DHS will endeavor to complete its re-releases on or before the parties' next proposed deadline to file a further joint status report in this matter, or on or before November 7, 2025. The parties will continue to confer on any remaining issues in this case so that the parties can then confer on those remaining issues.

In light of the foregoing, the parties respectfully request that they be allowed to file a further Joint Status Report in approximately fifty-nine days, or by November 7, 2025, to further apprise the Court of their progress in this matter.

Date: September 9, 2025                                              Respectfully submitted,

| | |
|---|---|
| */s/ Merrick Wayne* | JEANINE FERRIS PIRRO |
| Matthew Topic, D.C. Bar No IL 0037 | United States Attorney |
| Merrick Wayne, D.C. Bar No IL 0058 | |
| Stephen Stich Match, D.C. Bar No. MA0044 | |
| LOEVY & LOEVY | By:    */s/ Anna D. Walker* |
| 311 N. Aberdeen St., 3rd Floor | ANNA D. WALKER |
| Chicago, IL 60607 | Assistant United States Attorney |
| 312-243-5900 | 601 D Street, N.W. |
| foia@loevy.com | Washington, District of Columbia 20530 |
| | Telephone: (202) 252-2544 |
| *Counsel for Plaintiff* | Anna.Walker@usdoj.gov |
| | |
| | *Counsel for the United States* |