UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON TAU,

      Plaintiff,

      v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 21-3329 (DLF)

## JOINT STATUS REPORT

Pursuant to the Court's May 8, 2026 Minute Order, Defendants, the National Archives and Records Administration ("NARA"), the U.S. Department of Homeland Security ("DHS"), and the United States Department of Defense—more specifically its components U.S. Special Operations Command ("USSOCOM"), U.S. Southern Command ("USSOUTHCOM"), and the U.S. Department of the Army ("Army")—and Plaintiff Byron Tau, through respective counsel, hereby submit this Joint Status Report to address the status Plaintiff's Freedom of Information Act ("FOIA") requests.

On December 21, 2021, Plaintiff filed his pending Complaint, which seeks the release of records responsive to eleven separate FOIA request submitted between May 2020 and July 2021. *See* Compl., ECF No. 1. All Defendants have completed processing Plaintiff's requests and DHS responded to Plaintiff's objections with a comprehensive draft *Vaughn* Index.

Since last providing an update, DHS on May 21, 2026 made a second and final supplemental response to Plaintiff's May 20, 2021 request to DHS. For this supplemental response, DHS reviewed and subsequently re-released 3 pages that were previously released to Plaintiff in January 2024. DHS now considers this matter closed having fully satisfied Plaintiff's FOIA

- 2 -

request.  Plaintiff reports that he is reviewing the production and that he intends to discuss any challenges with Defendants in an effort to narrow or resolve any remaining issues.

Considering the foregoing, the parties respectfully request that they be allowed to file a further Joint Status Report in approximately 60 days, or by September 4, 2026, to further apprise the Court of their progress in this matter.


Dated: July 6, 2026

                                                          Respectfully submitted,

                                                          JEANINE FERRIS PIRRO
*/s/ Merrick Wayne*                                       United States Attorney
Matthew Topic, D.C. Bar No IL 0037
Merrick Wayne, D.C. Bar No IL 0058
Stephen  Stich  Match,  D.C.  Bar  No.   By:  */s/ Tara Derbisz*
MA0044                                                    TARA DERBISZ
LOEVY & LOEVY                                             D.C. Bar # 252597
311 N. Aberdeen St., 3rd Floor                           Assistant United States Attorney
Chicago, IL 60607                                         601 D Street, NW
312-243-5900                                              Washington, DC 20530
foia@loevy.com                                            (202) 809-0784
Counsel for Plaintiff                                     Tara.derbisz@usdoj.gov

                                                          *Counsel for the United States of America*