UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON TAU,

Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

Defendants.

Civil Action No. 21-3329 (DLF)

**JOINT STATUS REPORT**

Pursuant to the Court's September 7, 2026 Minute Order, Defendants, the National Archives and Records Administration ("NARA"), the U.S. Department of Homeland Security ("DHS"), and the United States Department of Defense—more specifically its components U.S. Special Operations Command ("USSOCOM"), U.S. Southern Command ("USSOUTHCOM"), and the U.S. Department of the Army ("Army")—and Plaintiff Byron Tau, through respective counsel, hereby submit this Joint Status Report to address the status Plaintiff's Freedom of Information Act ("FOIA") requests.

On December 21, 2021, Plaintiff filed his pending Complaint, which seeks the release of records responsive to eleven separate FOIA request submitted between May 2020 and July 2021. *See* Compl., ECF No. 1. All Defendants have completed processing Plaintiff's requests and DHS responded to Plaintiff's objections with a comprehensive draft *Vaughn* Index.

Plaintiff sent Defendants a settlement offer on August 28, 2026, to resolve the issues of attorneys' fees and costs. Defendants need additional time to review Plaintiff's settlement offer but anticipate being able to update this Court on the fee negotiations on the next joint status report.

Considering the foregoing, the parties respectfully request that they be allowed to file a further Joint Status Report in approximately 30 days, or by December 3, 2026, to further apprise the Court of their progress in this matter.

Dated: November 3, 2026

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

Attorneys for Plaintiff

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jon Lemos*
Jon Lemos
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1725
jon.lemos@usdoj.gov

*Counsel for the United States of America*